No. 760, Misc., October Term, 1957. SCHUMACHER *v.* GAYNOR, EXECUTOR, ET AL., 357 U. S. 941. Motion for leave to file second petition for rehearing denied. MR. JUSTICE FRANKFURTER and MR. JUSTICE STEWART took no part in the consideration or decision of this application.

APRIL 27, 1959.

No. 380. COMMISSIONER OF INTERNAL REVENUE *v.* HÁNSEN ET UX. Certiorari, 358 U. S. 879, to the United States Court of Appeals for the Ninth Circuit;

No. 381. COMMISSIONER OF INTERNAL REVENUE *v.* GLOVER. Certiorari, 358 U. S. 879, to the United States Court of Appeals for the Eighth Circuit; and

No. 512. BAIRD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari, 358 U. S. 918, to the United States Court of Appeals for the Seventh Circuit. The motion of Vance L. Wiley et al. for leave to file brief, as *amici curiae,* is granted. *William Waller* for movants.

No. 587. UNITED STATES *v.* HALEY. The motion to vacate the judgment (358 U. S. 644) and for other relief is denied. *William F. Billings, James P. Donovan* and *Daniel L. O'Connor* for appellee-movant.

No. 681, Misc. ROBINSON *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY; and

No. 821, Misc. THOMPSON *v.* BOYLE, DISTRICT ATTORNEY, ALLEGHENY COUNTY, PENNSYLVANIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 673, Misc. MORICONI *v.* BANNAN, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and for other relief denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.